Same case below, 464 Fed. Appx. 217.

**No. 10-9577. Porfirio Garcia-Baraona, Petitioner v. United States.**

563 U.S. 952, 131 S. Ct. 2134, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2952.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 404 Fed. Appx. 892.

■■■■

**No. 10-9581. Gary Flute, Sr., Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2963, ■■■

■■■■■■■■■

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■■■■

**No. 10-9584. Reginald Baxter Hodge, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2829.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 480 Fed. Appx. 758.

■■■■

**No. 10-9585. Victor Granados-Lopez, aka Victor Granados, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2969.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■■■■

**No. 10-9588. David Hill, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2968.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 919.

■■■■

**No. 10-9593. Johnny Garcia-Esparza, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2857.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 388 Fed. Appx. 407.

■■■■

**No. 10-9595. Tommy James Lee Horne, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2135, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2977.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

■■■■

**No. 10-9605. Sherman Houser, Petitioner v. United States.**

563 U.S. 953, 131 S. Ct. 2136, 179 L. Ed. 2d 922, 2011 U.S. LEXIS 2960.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 404 Fed. Appx. 638.